```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 12249
   ALEXIS BROOKS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2895


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/14/2008 and was not confirmed.

     The case was dismissed without confirmation 07/21/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
 HOME LOAN SERVICES INC    SECURED NOT I         .00           .00             .00
 FIRST FRANKLIN LOAN SERV  NOTICE ONLY    NOT FILED            .00             .00
 HERITAGE PLACE            SECURED NOT I         .00           .00             .00
 PEOPLES GAS LIGHT & COKE  UNSECURED         1198.21           .00             .00
 WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED            .00             .00
 WASHINGTON MUTUAL BANK    SECURED NOT I         .00           .00             .00
 WASHINGTON MUTUAL BANK    SECURED NOT I         .00           .00             .00
 WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED            .00             .00
 WASHINGTON MUTUAL BANK    SECURED NOT I         .00           .00             .00
 WASHINGTON MUTUAL BANK    SECURED NOT I         .00           .00             .00
 HOME LOAN SERVICES INC    CURRENT MORTG        .00           .00             .00
 PRO SE DEBTOR             DEBTOR ATTY          .00                            .00
 TOM VAUGHN                TRUSTEE                                             .00
 DEBTOR REFUND             REFUND                                              .00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                      .00

 PRIORITY                                         .00
 SECURED                                          .00
 UNSECURED                                        .00
 ADMINISTRATIVE                                   .00
 TRUSTEE COMPENSATION                             .00
 DEBTOR REFUND                                    .00
                        ---------------    ---------------
 TOTALS                       .00                 .00




                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12249 ALEXIS BROOKS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 10/23/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 12249 ALEXIS BROOKS
```